IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRI LEIGH JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0614 |
| | ) | Judge Trauger |
| COVENANT TRANSPORT, VOLUNTEER | ) | Magistrate Judge Bryant |
| TRAINING CENTER TRUCKING SCHOOL, | ) | |
| and EEOC, Nashville, TN, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The plaintiff has filed objections (Docket No. 13) to the Report and Recommendation entered November 12, 2009 (Docket No. 7).

The plaintiff objects to the dismissal of the Equal Employment Opportunity Commission and the Volunteer Training Center Trucking School as defendants in this case. The Magistrate Judge recommended dismissing those defendants because they have not been an employer of the plaintiff and, therefore, cannot be liable to her under Title VII or the Americans With Disabilities Act. The Magistrate Judge is correct in that conclusion. The plaintiff is correct that, because these two entities have never been her employer, it would not be appropriate for her to bring charges against them with the EEOC. The plaintiff may have some cause of action against these two entities, but she does not have valid claims against them under Title VII or the Americans With Disabilities Act.

For these reasons, the plaintiff's objections are **OVERRULED**, and the Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this

1

court. For the reasons expressed therein, it is hereby **ORDERED** that defendants Equal Employment Opportunity Commission and Volunteer Training Center Trucking School are **DISMISSED** from this case. The case will go forward against defendant Covenant Transport, and the Clerk shall send a service packet to the plaintiff to serve this defendant.

This case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED.**

Enter this 1st day of December 2009.

_____
ALETA A. TRAUGER
U.S. District Judge