UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRI LEIGH JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:09-0614 |
| ) | |
| COVENANT TRANSPORT, et al., ) | Judge Trauger/Bryant |
| ) | |
| Defendants. ) | |

**O R D E R**

By order entered on December 1, 2009, the District Judge directed the Clerk to mail to the plaintiff a service packet for defendant Covenant Transport (Docket Entry No. 14).

On December 7, 2009, the Court received from the plaintiff the incomplete summons and USM-285 Marshal's service form. In an accompanying filing, plaintiff stated that she did not feel comfortable handwriting information on a summons to be served by the Court, and that she felt that "everything you send should be typewritten." (Docket Entry No. 16). Plaintiff also included in this filing a copy of the EEOC charge of discrimination form (Docket Entry No. 16 at 5) which bears a mailing address for Covenant Transport in Chattanooga, Tennessee. Although plaintiff's filing does not expressly so state, it appears that the plaintiff here intends that the Court shall type her service forms for her, using the address that she has supplied from the EEOC charge of discrimination.

The Clerk is directed to mail to plaintiff a second

service packet for defendant Covenant Transport. Plaintiff shall complete these forms and return them to the Clerk on or before **December 3, 2010**. Upon receipt of completed service forms from the plaintiff, service on defendant Covenant Transport shall be accomplished through the U.S. Marshal's service. Plaintiff is admonished that if she fails to return the completed service packet as ordered, her failure may cause the undersigned Magistrate Judge to recommend that the complaint be dismissed pursuant to Federal Rule 4(m) for failure to obtain service on the defendant.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge